COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-190-CV

ARETA NELSON APPELLANT

V.

DAVID B. GRAYBILL, D.O. APPELLEE

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

In this medical malpractice case, Appellant Areta Nelson attempts to appeal from the trial court’s March 11, 2010 order granting Appellee David Graybill, D.O.’s motion to dismiss her claims against him.
(footnote: 2)  Because such an appeal is accelerated,
(footnote: 3) Appellant’s notice of appeal was due March 31, 2010,
(footnote: 4) but she did not file it until June 9, 2010, which was untimely.
(footnote: 5)
 On June 21, 2010, we notified Appellant that her appeal was subject to dismissal for want of jurisdiction unless, by July 1, 2010, she filed a response showing grounds for continuing the appeal.
(footnote: 6)  No response has been filed.  Accordingly, we dismiss this appeal for want of jurisdiction.
(footnote: 7)

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 12, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.

2:
See
 Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(10) (Vernon 2008).

3:
See
 Tex. R. App. P. 28.1(a).

4:
See
 Tex. R. App. P. 26.1(b), 28.1(b).

5:
See
 Tex. R. App. P. 26.1(b).

6:
See
 Tex. R. App. P. 42.3(a).

7:
See
 Tex. R. App. P. 42.3(a), 43.2(f).